UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) | Cause No. 1:04-cr-0164-01 (M/F) |
| ANTHONY WILLIAMS, | ) ) ) | |
| Defendant. | ) ) | |

## **ORDER ADOPTING REPORT AND RECOMMENDATION**

Having reviewed Magistrate Judge Kennard P. Foster's Report and Recommendation that Anthony Williams' supervised release be revoked, pursuant to Title 18 U.S.C. §3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. §3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of 12 months and 1 day in the custody of the Attorney General or his designee. The Court recommends that the defendant be designated to the federal correctional institution nearest to Indianapolis, Indiana. Upon Mr. Williams' release from confinement, he will be subject to three years of supervised release, under the conditions imposed at sentencing. The service of the sentence is to begin immediately.

SO ORDERED this   11/09/2011

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution:

Winfield Ong,
Assistant United States Attorney
10 West Market Street, #2100
Indianapolis, IN 46204

Michael Donahoe,
Office of Indiana Federal Community Defender
111 Monument Circle, #752
Indianapolis, IN 46204

U. S. Parole and Probation

U. S. Marshal Service