UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | CAUSE NO. 1:04-cr-0164-LJM-DKL |
| | ) | |
| ANTHONY J. WILLIAMS, | ) | - 01 |
| Defendant. | ) | |

## ORDER ADOPTING REPORT AND RECOMMENDATION

Having reviewed Magistrate Judge Denise K. LaRue=s Report and Recommendation that Anthony J. Williams= supervised release be revoked, pursuant to Title 18 U.S.C. ' 3401(i), Rule 32.1(a)(1) *Federal Rules of Criminal Procedure* and Title 18 U.S.C. ' 3583, the Court now approves and adopts the Report and Recommendation as the entry of the Court, and orders a sentence imposed of imprisonment of twenty-four (24) months in the custody of the Attorney General, with no supervised release to follow. The defendant is to be taken into immediate custody.

IT IS SO ORDERED.

Date: 04/09/2015

LARRY J. McKINNEY, JUDGE
United States District Court
Southern District of Indiana

Distribution Attached.

Distribution:

All ECF-registered counsel of record email generated by the Court's ECF system

U. S. Parole and Probation

U. S. Marshal